## (March 24, 1972)

■ In the Matter of the Claim of LUIS NEGRON, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.— Application by attorney not duly licensed in this State for authorization to represent claimant and for extension of time to prosecute appeal denied (see Judiciary Law, §§ 478, 484). Herlihy, P. J., Staley, Jr., Sweeney, Simons and Kane, JJ., concur.